

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2015

No. 04-15-00406-CV

**IN THE INTEREST OF I.G. AND R.C. JR., CHILDREN**,

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-01929
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The State's motion for extension of time to file brief is hereby GRANTED. Time is extended to September 14, 2015.

_Marialyn Barnard_
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of August, 2015.

Keith E. Hottle
Clerk of Court